# Court of Appeals
# of the State of Georgia

ATLANTA,__January 16, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A1007.  DERRICK LEWIS v. THE STATE.**

In 2014, Derrick Lewis pled guilty to armed robbery, four counts of aggravated assault, and possession of a firearm during the commission of a felony.  The trial court sentenced Lewis to 30 years, with the first 12 years to be served in confinement.  In November 2018, Lewis filed a motion to set aside void judgment, in which he challenged his indictment and alleged due process violations.  The trial court denied his motion, and Lewis filed this direct appeal.  We, however, lack jurisdiction.

As the Supreme Court has explained, a post-conviction motion to set aside or vacate an allegedly void conviction is not an appropriate remedy in a criminal case.  See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  Any appeal from an order denying or dismissing such a motion must be dismissed.  See *Roberts*, 286 Ga. at 532; *Harper*, 286 Ga. at 218 (2).  Additionally, to the extent Lewis seeks to directly appeal his 2014 conviction and sentence, his appeal is untimely.  See OCGA § 5-6-38 (a); *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).

Accordingly, for these reasons, Lewis's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/16/2019

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*